IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON MACIAS LEON, | No. C-10-1013 TEH (PR) |
| Petitioner, | ORDER REQUESTING REPLY |
| v. | |
| DARREL ADAMS, Warden, | |
| Respondent(s). | |

Petitioner, a state prisoner incarcerated at California State Prison, Corcoran, seeks a writ of habeas corpus under 28 U.S.C. § 2254. On September 21, 2010, Respondent moved to dismiss the petition as untimely under 28 U.S.C. § 2244(d). On October 27, 2010, Petitioner filed an opposition claiming equitable tolling on four separate grounds: (1) "mental incompetency," (2) "linguistic difficulties," (3) failure of the State of California to provide a federally required evidentiary hearing during state proceedings, and (4) a "relate back" concern. Respondent has failed to file a reply.

//
//

1    Respondent is ordered to file a reply by July 29, 2011
2 addressing Petitioner's grounds for equitable tolling, and to attach
3 all necessary documentary evidence in support of their arguments.
4 Respondent also shall address whether counsel should be appointed
5 for Petitioner and an evidentiary hearing set.
6    IT IS SO ORDERED.

8 DATED     07/07/2011                  _____
9                                        THELTON E. HENDERSON
                                         United States District Judge

G:\PRO-SE\TEH\HC.10\Leon-10-1013-order requesting reply.wpd

**2**

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAMON MACIAS LEON,

        Plaintiff,

  v.

DARREL ADAMS, Warden,

        Defendant.

Case Number: CV10-01013 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 8, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ramon Macias Leon #:K-77508
California State Prison-Corcoran
P.O. Box 3471
Corcoran, CA 93212

Dated: July 8, 2011

Richard W. Wieking, Clerk
By: Tana Ingle, Deputy Clerk

3